**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* ______________________

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Kelvin**<br>First name<br>**Jamarl**<br>Middle name<br>**King**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Kelvin Jamarl Ford** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-0202** | |

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **1331 North Road St.**<br>**Elizabeth City, NC 27909**<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Pasquotank**<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- [x] No. Go to Part 4.
- [ ] Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- [ ] No. I am not filing under Chapter 11.
- [ ] No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- [ ] Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- [x] Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- [x] No.
- [ ] Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of**:

  - [ ] **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- [x] No. Go to line 16b.
- [ ] Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- [ ] No. Go to line 16c.
- [x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

- [x] No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [ ] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [ ] No
  - [ ] Yes

**18. How many Creditors do you estimate that you owe?**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**19. How much do you estimate your assets to be worth?**

- [x] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**20. How much do you estimate your liabilities to be?**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

s/Kelvin Jamarl King
**Kelvin Jamarl King**
Signature of Debtor 1

Executed on 10/14/2025
MM / DD / YYYY

Signature of Debtor 2

Executed on
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

s/Benjamin R. Eisner
Signature of Attorney for Debtor

Date 10/14/2025
MM / DD / YYYY

**Benjamin R. Eisner 42241**
Printed name

**The Law Offices of**
Firm name

**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone **252-633-1930** Email address

**42241 NC**
Bar number & State

D|E|C|A|F

DEBT EDUCATION AND CERTIFICATION FOUNDATION

Certificate Number: 27000-NCE-CC-175993226745

# Certificate of Credit Counseling

I certify that on October 1st, 2025, at 01:20 PM o'clock CDT

Kelvin J King received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of North Carolina, an individual briefing (including a briefing conducted by internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared.

Date: October 8th, 2025

By: /s/Ana Avalos

Name: Ana Avalos

Title: Counselor

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

Debtor 1 **Kelvin Jamarl King**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**TowneBank**
**Attn: Managing Agent**
**6013 Harbour View Blvd.**
**Suffolk, VA 23435**

Contact

Contact phone

**What is the nature of the claim?** **$205,124.64**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) **$205,124.64**
Value of security: - **$0.00**
Unsecured claim **$205,124.64**

**2**

**TowneBank**
**Attn: Managing Agent**
**6013 Harbour View Blvd.**
**Suffolk, VA 23435**

Contact

**What is the nature of the claim?** **$60,690.31**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) **$60,690.31**

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

Contact phone

Value of security: - **$0.00**
Unsecured claim **$60,690.31**

---

**3**

**Bank of America**
**Attn: Managing Agent**
**PO Box 15019**
**Wilmington, DE 19886**

Contact

Contact phone

**What is the nature of the claim?** **Credit Card** **$13,132.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**4**

**Municipal Credit Union**
**Attn: Managing Agent**
**185 Montague St.**
**Brooklyn, NY 11201**

Contact

Contact phone

**What is the nature of the claim?** **Unsecured** **$12,301.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**5**

**SECU**
**Attn: Managing Agent**
**PO Box 25279**
**Raleigh, NC 27611**

Contact

Contact phone

**What is the nature of the claim?** **$11,813.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

---

**6**

**Syncb/Reeds Jewelers**
**Attn: Managing Agent**
**PO Box 965065**
**Orlando, FL 32896**

**What is the nature of the claim?** **Charge Account** **$3,524.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- None of the above apply

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**7**

**BMW Financial Services**
**Attn: Managing Agent**
**PO Box 3608**
**Dublin, OH 43016**

Contact
Contact phone

**What is the nature of the claim?** **Automobile** **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured) **$130,924.00**
Value of security: - **Unknown**
Unsecured claim **Unknown**

---

**8**

**Lamborghini Financial**
**Attn: Managing Agent**
**980 Hammond Dr.**
**Atlanta, GA 30328**

Contact
Contact phone

**What is the nature of the claim?** **Automobile** **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured) **$285,255.00**
Value of security: - **Unknown**
Unsecured claim **Unknown**

---

**9**

**Langley Fed Credit Union**
**Attn: Managing Agent**
**721 Lakefront Commons**
**Newport News, VA 23612**

Contact
Contact phone

**What is the nature of the claim?** **Automobile** **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured) **$10,179.00**
Value of security: - **Unknown**
Unsecured claim **Unknown**

---

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

**10**

**Lincoln Automotive Finance**
**Attn: Managing Agent**
**PO Box 542000**
**Omaha, NE 68154**

Contact

Contact phone

**What is the nature of the claim?** **Automobile** **Unknown**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$13,758.00**
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

**11**

**OnPath Federal CU**
**Attn: Managing Agent**
**PO Box 961**
**Roanoke, TX 76262**

Contact

Contact phone

**What is the nature of the claim?** **Automobile** **Unknown**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$104,510.00**
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

**12**

**Selene Finance**
**Attn: Managing Agent**
**PO Box 8619**
**Philadelphia, PA 19101**

Contact

Contact phone

**What is the nature of the claim?** **Real Estate Mortgage** **Unknown**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$1,833,676.00**
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

**13**

**Truist Bank**
**Attn: Managing Agent**
**PO Box 849**
**Wilson, NC 27894**

**What is the nature of the claim?** **Automobile** **Unknown**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1 **Kelvin Jamarl King** Case number *(if known)*

| | | | |
|---|---|---|---|
| | ☐ | No | |
| Contact | ■ | Yes. Total claim (secured and unsecured) | **$74,271.00** |
| | | Value of security: | - **Unknown** |
| Contact phone | | Unsecured claim | **Unknown** |

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** ***/s/ Kelvin Jamarl King***
**Kelvin Jamarl King**
Signature of Debtor 1

**X**
Signature of Debtor 2

Date **October 14, 2025**

Date

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re **Kelvin Jamarl King** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 14, 2025**

**/s/ Kelvin Jamarl King**
**Kelvin Jamarl King**
Signature of Debtor

KELVIN JAMARL KING
1331 NORTH ROAD ST.
ELIZABETH CITY, NC 27909

BENJAMIN R. EISNER
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN: MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AUCTION INSURANCE
ATTN: MANAGING AGENT
2200 WOODCREST PLACE, STE 1
BIRMINGHAM, AL 35209

BANK OF AMERICA
ATTN: MANAGING AGENT
PO BOX 15019
WILMINGTON, DE 19886

BMW FINANCIAL SERVICES
ATTN: MANAGING AGENT
PO BOX 3608
DUBLIN, OH 43016

SHIRLEY BOATWRIGHT
UNKNOWN

WILLIAM BRUMSEY, IV
ATTY FOR TOWNEBANK
2883 CARATOKE HWY
CURRITUCK, NC 27929

CITY OF LYNCHBURG TREASURERS OFFICE
ATTN: MANAGING AGENT
900 CHIRCH ST., STE 100
LYNCHBURG, VA 24504

COMMONWEALTH OF VIRGINIA
DSS DIVISION OF CHILD SUPPOR
PO BOX 28450
RICHMOND, VA 23228

GENE M. CONNELL, JR.
KELAHER, CONNELL & CONNOR, P.C.
PO DRAWER 14547
SURFSIDE BEACH, SC 29587-4547

CREDIT ACCEPTANCE CORP
ATTN: MANAGING AGENT
25505 W 12 MILE RD.,STE 3000
SOUTHFIELD, MI 48034

FERRARI FINANCIAL SERVICES
ATTN: MANAGING AGENT
75 REMITTANCE DR., STE 1738
CHICAGO, IL 60675-1738

FERRARI FINANCIAL SERVICES
ATTN: MANAGING AGENT
250 CYLVAN AVE.
ENGLEWOOD CLIFFS, NJ 07632

FORD MOTOR CREDIT
ATTN: MANAGING AGENT
PO BOX 35910
CLEVELAND, OH 44135-0910

HUTCHENSON LAW FIRM
ATTN: MANAGING AGENT
3610 CAMPBELL AVE.
LYNCHBURG, VA 24501

LAMBORGHINI FINANCIAL
ATTN: MANAGING AGENT
980 HAMMOND DR.
ATLANTA, GA 30328

LAMBORGHINI FINANCIAL
ATTN: MANAGING AGENT
1 PORSCHE DR.
ATLANTA, GA 30354

LANGLEY FED CREDIT UNION
ATTN: MANAGING AGENT
721 LAKEFRONT COMMONS
NEWPORT NEWS, VA 23612

LINCOLN AUTOMOTIVE FINANCE
ATTN: MANAGING AGENT
PO BOX 542000
OMAHA, NE 68154

MERCEDES BENZ FINANCIAL
ATTN: MANAGING AGENT
PO BOX 685
ROANOKE, TX 76262

MUNICIPAL CREDIT UNION
ATTN: MANAGING AGENT
185 MONTAGUE ST.
BROOKLYN, NY 11201

NC CHILD SUPPORT
ATTN: MANAGING AGENT
PO BOX 900020
RALEIGH, NC 27675

ONPATH FEDERAL CU
ATTN: MANAGING AGENT
PO BOX 961
ROANOKE, TX 76262

PASQUOTANK COUNTY TAX DEP
ATTN: MANAGING AGENT
PO BOX 586
ELIZABETH CITY, NC 27907-0586

PASSPORT TEAM
ATTN: SPECIAL COMMECTIONS UNIT
PO BOX 12548
AUSTIN, TX 78711

PORSCHE FINANCIAL
ATTN: MANAGING AGENT
ONE PORSCHE DR.
ATLANTA, GA 30354

RESTORATION ONE OF HORRY C
ATTN: MANAGING AGENT
240 INDUSTRIAL WAY UNIT A
MYRTLE BEACH, SC 29579

SECU
ATTN: MANAGING AGENT
PO BOX 25279
RALEIGH, NC 27611

SELENE FINANCE
ATTN: MANAGING AGENT
PO BOX 8619
PHILADELPHIA, PA 19101

SELENE FINANCE LP
ATTN: MANAGING AGENT
321 REASEARCH PKWY, STE 303
MERIDEN, CT 06450

CHRISSY DAVIDSON SMITH
UNKNOWN

SYNCB/REEDS JEWELERS
ATTN: MANAGING AGENT
PO BOX 965065
ORLANDO, FL 32896

TOWNBANK
ATTN: MANAGING AGENT
178 US HEY 158 W
CAMDEN, NC 27921

TOWNEBANK
ATTN: MANAGING AGENT
6013 HARBOUR VIEW BLVD.
SUFFOLK, VA 23435

TRUIST BANK
ATTN: MANAGING AGENT
PO BOX 849
WILSON, NC 27894

VIRGINIA TAX
ATTN: MANAGING AGENT
PO BOX 2156
RICHMOND, VA 23218-2156